

**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| Defendant: | **Verizon Business Network Services LLC** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

Transfers During Preference Period and Post Petition

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| **Preference Period Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112927 | $20,916.86 | 3/3/2023 | Z8447243 | 9/8/2022 | $632.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112927 | $20,916.86 | 3/3/2023 | Z8441003 | 9/8/2022 | $18,261.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112927 | $20,916.86 | 3/3/2023 | 540130 | 9/10/2022 | $2,023.36 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113042 | $175,115.05 | 3/10/2023 | Z8544707 | 11/8/2022 | $33,876.79 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113042 | $175,115.05 | 3/10/2023 | Z8488397 | 10/8/2022 | $35,833.28 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113042 | $175,115.05 | 3/10/2023 | 6609422 | 11/10/2022 | $48,041.06 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113042 | $175,115.05 | 3/10/2023 | 884151 | 10/10/2022 | $57,363.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113541 | $6,037.29 | 4/5/2023 | Z8590664 | 12/8/2022 | $4,786.94 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113541 | $6,037.29 | 4/5/2023 | Z8557866 | 11/8/2022 | $628.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113541 | $6,037.29 | 4/5/2023 | Z8502501 | 10/8/2022 | $621.39 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113755 | $14,701.92 | 4/21/2023 | 6265389 | 10/10/2022 | $1,966.83 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113755 | $14,701.92 | 4/21/2023 | 6265366 | 10/10/2022 | $12,515.44 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113755 | $14,701.92 | 4/21/2023 | 884152 | 10/10/2022 | $219.65 |
| **4 Preference Period transfer(s), $216,771.12** | | | | | | | |
| **Post Petition Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114378 | $4,666.67 | 6/14/2023 | Z8824758POST | 4/8/2023 | $4,666.67 |
| **1 Post Petition transfer(s), $4,666.67** | | | | | | | |

Totals: 5 transfer(s), $221,437.79